OPINIONS PER CURIAM, ETC., FROM OCTOBER 9,
TO DECEMBER 11, 1905.

No. —, Original. *Ex parte:* IN THE MATTER OF LEONIDAS M. LAWSON ET AL. Submitted October 10, 1905. Decided October 16, 1905. Motion for leave to file petition for a writ of mandamus denied. *Mr. Charles C. Dey, Mr. Ogden Hiles* and *Mr. Charles J. Hughes, Jr.,* for the petitioners.

---

No. 259. SAMUEL W. WATKINS, PLAINTIFF IN ERROR, *v.* AMERICAN NATIONAL BANK OF DENVER. In error to the United States Circuit Court of Appeals for the Eighth Circuit. Motions to dismiss or affirm submitted October 10, 1905. Petition for certiorari and to postpone motions to hearing on merits submitted October 10, 1905. Decided October 16, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Ex parte Jones,* 164 U. S. 691; *Press Publishing Company* v. *Monroe,* 164 U. S. 105; *Arbuckle* v. *Blackburn,* 191 U. S. 405; *Spencer* v. *Duplan Silk Company,* 191 U. S. 526; *Wabash Railroad Company* v. *Flannigan,* 192 U. S. 29. Petition for writ of certiorari denied. *Mr. George H. Noyes* for plaintiff in error. *Mr. T. J. O'Donnell* and *Mr. R. T. McNeal* for defendant in error.